UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60506-CIV-DIMITROULEAS

SHELLIE LYNN CARON,
JENNAMARIE SCALES SINGH,
and ANTHONY PARISOTTI,

      Plaintiffs,

vs.

UNLIMITED HEALTH CARE SERVICES, INC.,
and SHERRY L. HANNAKA,

      Defendants.

_____/

**<u>ORDER ADOPTING REPORT OF MAGISTRATE JUDGE</u>**

THIS CAUSE is before the Court on Defendants' Motion to Dissolve Writ of Garnishment [DE 106] ("Motion") and Magistrate Judge Hunt's June 23, 2026 Report and Recommendation [DE 112] (the "Report").  The Court notes that no objections to the Report [DE 112] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 112] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 112] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 112] is hereby **ADOPTED** and **APPROVED**;

2. Defendants' Motion to Dissolve Writ of Garnishment [DE 106] is **GRANTED;**

3. The Writ of Garnishment [DE 99] is hereby **DISSOLVED**; and

4. This case remains **CLOSED**.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, on this 8th day of July, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Judge Hunt