UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60506-CIV-DIMITROULEAS

SHELLIE LYNN CARON,
JENNAMARIE SCALES SINGH,
and ANTHONY PARISOTTI,

Plaintiffs,

vs.

UNLIMITED HEALTH CARE SERVICES, INC.,
and SHERRY L. HANNAKA,

Defendants.
_________________________________/

**ORDER APPROVING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE; OVERRULING DEFENDANTS' LIMITED OBJECTION; OVERRULING PLAINTIFFS' OBJECTIONS; GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTIONS FOR ATTORNEYS' FEES AND COSTS**

THIS CAUSE is before the Court upon Plaintiffs' Verified Motion for Attorneys' Fees Pursuant to 29 U.S.C. 216(B) [DE 92] and Bill of Costs [DE 86] (the "Motions"); United States Magistrate Judge Patrick M. Hunt's August 3, 2026 Report & Recommendation (the "Report") [DE 116]; Defendants August 5, 2026 Limited Objection to Report and Recommendation [DE 117]; and Plaintiffs' August 17, 2026 Objections to Report and Recommendation and Response in Opposition to Defendants' Limited Objection [DE 118]. The Court has carefully considered these filings, the entire docket, and is otherwise fully advised in the premises.

A party seeking to challenge the findings in a report and recommendation of a United States Magistrate Judge must file "written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006)

(quoting *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989)). "It is critical that the objection be sufficiently specific and not a general objection to the report." *Macort*, 208 F. App'x at 784 (citing *Goney v. Clark*, 749 F.2d 5, 7 (3d Cir. 1984)). If a party makes a timely and specific objection to a finding in the report and recommendation, the district court must conduct a *de novo* review of the portions of the report to which objection is made. *Macort*, 208 F. App'x at 783-84; see also 28 U.S.C. § 636(b)(1). The district court may accept, reject, or modify in whole or in part, the findings or recommendations made by the Magistrate Judge. *Macort*, 208 F. App'x at 784; 28 U.S.C. § 636(b)(1).

Accordingly, the Court has undertaken a *de novo* review of the record and the parties' Objections to the Report and Recommendation [DE's 117, 118]. Having carefully considered the Objections, which were limited to the recommended hourly rate for Plaintiffs' attorneys in calculating the attorneys' fee award amount in this case, the Court overrules the Objections. The Court agrees with the Magistrate Judge's analysis and conclusions that the hourly rates that he recommends are reasonable for these attorneys' work in this action.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 116] is hereby **APPROVED**;
2. The Objections [DE's 117, 118] are **OVERRULED**;
3. The Motions [DE's 86, 92] are **GRANTED IN PART AND DENIED IN PART**;
4. Plaintiff is hereby awarded attorney's fees in the amount of $91,480.00 and costs in the amount of $4,934.40, for a total award amount of $96,414.40, which shall bear post-judgment interest at the rate prescribed by 28 U.S.C. § 1961.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, on this 18th day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Judge Hunt